UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
DIVISION 2 : CHARLESTON

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY ) | Case No. 2:11-cv-0396 |
| ) | ELECTRONICALLY FILED |
| PLAINTIFF ) | |
| ) | |
| vs. ) | |
| ) | |
| HINKLE CONTRACTING CORPORATION, ) | |
| n/k/a HINKLE CONTRACTING COMPANY, LLC ) | |
| ) | |
| DEFENDANT ) | |

## **PLAINTIFF'S GREAT AMERICAN INSURANCE COMPANY, CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Comes the Plaintiff, Great American Insurance Company, by counsel, and in compliance with Federal Rule of Civil Procedure 7.1 states that Great American Insurance Company is a wholly (100%) owned subsidiary of parent, American Financial Group, Inc. ("AFG").

AFG's stock is publicly traded on the NYSE and NASDAQ.

                                        Respectfully Submitted,

                                        Great American Insurance Company
                                        By Counsel,

                                        */s/ H.F. Salsbery*
                                        H.F. Salsbery (WVSB #3235)
                                        Frost Brown Todd LLC
                                        Laidley Tower, Suite 401
                                        500 Lee Street, East
                                        Charleston, WV 25301
                                        Phone: 304-345-0111
                                        Fax: 304-345-0115
                                        Email: hsalsbery@fbtlaw.com

- 2 -

CHRLibrary 0029665.0587066   1086615v1